UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re:                              §
                                    §
WARREN MOORE                        §     Case No. 99-02175-EE
MELISSA KAY MOORE                   §
                                    §
        Debtor(s)                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEREK A. HENDERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    100 East Capitol Street
    Jackson, MS  39225-2448

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 6-7-10                    By: DEREK A. HENDERSON
                                              Trustee

DEREK A. HENDERSON
111 East Capitol, Suite 455
Jackson MS 39201

UST Form 101-7-NFR (9/1/2009) (Page: 1)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WARREN MOORE | § | Case No. 99-02175-EE |
| MELISSA KAY MOORE | § | |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 21,936.24 |
| *and approved disbursements of* | $ | 13,316.06 |
| *leaving a balance on hand of*[1] | $ | 8,620.18 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |
| _____ | _____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: DEREK A. HENDERSON | $ 2,798.00 | $ 0.00 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: U.S. BANKRUPTCY COURT | $ 278.50 | $ 0.00 |
| Fees: | $ | $ |
| Other: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|   | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|   | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,147.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 190.3 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Financial Services | $ 2,147.61 | $ 4,087.40 |
| | | $ | $ |
| | | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 1,456.28 .

Prepared By: DEREK A. HENDERSON
Trustee

*DEREK A. HENDERSON*
*111 East Capitol, Suite 455*
*Jackson MS 39201*

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 99-02175-ee<br>Southern District of Mississippi<br>Jackson Divisional Office<br>Mon Jun  7 08:43:54 CDT 2010 | U.S. Bankruptcy Court<br>100 East Capitol St.<br>P.O. Box 2448<br>Jackson, MS 39225-2448 | CHASE BANK CARD<br>PO BOX 52188<br>PHOENIX, AZ 85072-2188 |
| COMMUNITY BANK<br>1255 W GOVERNMENT ST<br>BRANDON, MS 39042-3048 | DEPOSIT GUARANTY<br>PO BOX 23935<br>JACKSON, MS 39225-3935 | DISCOVER CARD<br>PO BOX 6011<br>DOVER, DE  19903 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | FIRST USA<br>PO BOX 530800<br>ATLANTA, GA 30353-0800 | GMAC<br>PO BOX 630071<br>DALLAS, TX  75263 |
| HEALTHCARE FINANCIAL<br>PO BOX 55726<br>JACKSON, MS 39296-5726 | MADISON RIDGELAND<br>12 PROFESSIONAL PKWY<br>RIDGELAND, MS 39157-4113 | MED CASH<br>PO BOX 7026<br>SIOUX FALLS, SD  57117 |
| MS MUSIC<br>PO BOX 1705<br>HATTIESBURG, MS 39403-1705 | (p)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS<br>39225-2808 | PROVIDIAN<br>PO BOX 9150<br>PLEASANTON, CA  94566 |
| UMC PATHOLOGY<br>2500 N STATE ST<br>JACKSON, MS 39216-4500 | UNION PLANTERS<br>PO BOX 387<br>MEMPHIS, TN 38147-0001 | UNIVERSITY HOSP & CLINIC<br>2500 NORTH STATE ST<br>JACKSON, MS 39216-4505 |
| UNIVERSITY OB-GYN<br>2500 N STATE ST<br>JACKSON, MS 39216-4505 | Andre F. Ducote<br>Lundy  & Davis LLP<br>1855 Lakeland Drive<br>Suite R-306<br>Jackson, MS 39216-4978 | DEREK A. (TRUSTEE) HENDERSON<br>111 E CAPITOL ST STE 455<br>JACKSON, MS 39201-2114 |
| Derek A Henderson T1<br>111 E. Capitol St<br>Suite 455<br>Jackson, MS 39201-2114 | Edwin Woods Jr.<br>1222 Jackson Street<br>Vicksburg, MS 39183-2620 | Harold J Barkley Jr<br>P O Box 55849<br>Jackson, MS 39296-5849 |
| Harold J. Barkley III<br>PO Box 662<br>West Point, MS 39773-0662 | J. Stephen Smith<br>Stephen Smith & Company, PC<br>5 Old River Place<br>Suite 107<br>Jackson, MS 39202-3449 | MELISSA KAY MOORE<br>911 LAKE DRIVE, #9-A<br>BRANDON, MS 39042-3091 |
| Mary E. McAlister<br>David Nutt & Associates<br>605 Crescent Blvd.<br>Ridgeland, MS 39157-8659 | R. Michael Bolen<br>100 W. Capitol St.<br>Suite 706<br>Jackson, MS 39269-1607 | WARREN MOORE<br>911 LAKE DRIVE, #9-A<br>BRANDON, MS 39042-3091 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Financial Services
PO Box 8003
Hilliard OH 43026

MS STATE TAX COMMISSION
P.O. BOX 23338
JACKSON, MS  39225

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)FAIR FINANCIAL
PO BOX 1052
RETURNED MAIL 1/13/06

(u)JACKSON SURGICAL GROUP
PO BOX 710025
returned 3/2/06

(d)Harold J. Barkley Jr.
Post Office Box 55849
Jackson, MS 39296-5849

End of Label Matrix
Mailable recipients   29
Bypassed recipients    3
Total                 32